IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSE NAHUN CORRALES-UMANZOR, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Case No. CIV-26-180-JD |
| SCARLET GRANT, Warden, Cimarron Detention Center, et al., | ) ) ) ) | |
| Respondents. | ) | |

## ORDER TO CURE DEFICIENCIES

The Court has received the habeas corpus petition filed by counsel Eliyahu Yuli Kaplunovsky on behalf of Petitioner. Doc. 1. It appears counsel is not a resident of and does not maintain an office in Oklahoma. He is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel.

Counsel must associate with local counsel or seek waiver of the local counsel requirement under LCvR83.3(c) and file an entry of appearance under LCvR83.4 in this matter by **March 13, 2026,** or he will be deemed withdrawn as counsel for Petitioner in this action. Failure to comply with this Order may also result in the Court dismissing this action.

**SO ORDERED** this 9th day of March, 2026.

2

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE