# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

JOSE NAHUN CORRALES-UMANZOR,      )
)
)
     Petitioner,      )
)
v.      )
)      **Case No. CIV-26-180-JD**
SCARLET GRANT, Warden,      )
Cimarron Detention Center, et al.,      )
)
)
     Respondents.      )

## ORDER

Petitioner filed a letter expressing his intent to proceed pro se in his habeas corpus case. Doc. 14, at 1. On March 25, 2026, the Court denied Petitioner's counsel's motion to withdraw as it found, in part, that allowing counsel to withdraw would create an injustice and cause undue delay in Petitioner's habeas proceedings. *See* Doc. 13, at 3. Petitioner's letter was received by the Court on March 30, 2026, *see* Doc. 14, and it is unclear whether the letter was sent before or after the Court filed its order denying Petitioner's motion to withdraw.

The Court advises Petitioner that it does not consider letters as pleadings. *See* Fed. R. Civ. P. 7, 10; LCvR7.1. Petitioner's letter is therefore stricken and any future filings must be formatted as a motion consistent with Local Civil Rule 7.1 or the Court will strike it from the record.

**SO ORDERED** this 15th day of April, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE