**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

April 21, 2026

JOSE NAHUN CORRALES-UMANZOR,)
                                                         )
                            Petitioner,          )
                                                         )
v.                                                      )        Case No. CIV-26-00180-JD
                                                         )
SCARLET GRANT, et al.,                    )
                                                         )
                            Respondents.       )

**ENTER ORDER:**

The Court is in receipt of the Respondents' Objection to the Report and Recommendation ("Objection") [Doc. No. 18]. Petitioner's deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), is **May 5, 2026**. Should Petitioner or his counsel wish to respond to the Objection and require more time, Petitioner shall file a motion seeking additional time.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:___*/s/ Carol Ditta*_____
            Deputy Clerk