**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOSE NAHUN CORRALES-UMANZOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00180-JD |
| | ) | |
| CHRIS GANTT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

Before the Court is Petitioner's Motion to Proceed Pro Se. [Doc. No. 31]. For the reasons outlined below, the Court strikes the motion.

On July 7, 2026, the Court granted Petitioner's amended petition in part. [*See* Doc. No. 26]. The Court entered a judgment closing this matter on that same date. [Doc. No. 27]. Accordingly, Petitioner's motion is improper since this case is closed.

As noted in the Court's August 6, 2026 Order [Doc. No. 30], Petitioner is represented by counsel in this matter. [Doc. No. 11]. Counsel for Petitioner has not withdrawn as required by the Local Civil Rules. *See* LCvR83.5 (providing, among other requirements, that in civil cases, "attorneys of record shall not withdraw from the case except by leave of the judge to whom the case is assigned, upon reasonable notice to the client and all other parties who have appeared in the case").

Additionally, the Court reviewed the docket in this matter and finds it necessary to enter a case management order regarding motions and other filings. The Court has inherent authority to manage its docket "so as to achieve the orderly and expeditious

disposition of cases," *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962), and the Court must guard against its docket becoming unmanageable. The Court does not see the need for future filings in this case, unless they are proper post-judgment motions or related to appeal. Accordingly, the Court will strike future, improper filings.

Because this action is closed, the Court strikes the motion [Doc. No. 31] as improperly filed by Petitioner in this action. Counsel for Petitioner is directed to provide Petitioner with a copy of this Order. The Court also directs the Clerk of Court to provide a copy of this Order to Petitioner at the address noted on his envelope. [Doc. No. 31-1].

IT IS SO ORDERED this 26th day of October 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE